UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.:    09-20808-CR-CMA
    Plaintiff,

-vs-

VICENTE CHAO, ET. AL.,
    Defendants.
_____/

## DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL

COMES NOW, Defendant, VICENTE CHAO, by and through his attorney undersigned, and files his First Motion to Continue Trial, and as grounds therefore states:

1.    That on the 14th day of October, 2009, this Court issued an Order Continuing Trial, and re-setting the trial in this cause for December 14, 2009.

2.    On October 20, 2009, undersigned was appointed to substitute as counsel for Defendant, VICENTE CHAO.

3.    Undersigned is a sole practitioner, and required additional time to review the large amounts of discovery and transcripts in this case, to have additional meeting with his client, and to prepare for trial. As previously stated, undersigned was appointed subsequently to all other counsel in this case, and has had less time to prepare for trial.

4.    Undersigned has conferred with the AUSA in this case, who has no objection to this continuance being granted.

5.    Undersigned has also contacted, or attempted to contact, all counsel for the co-defendants in this cause to obtain their consent or objection to undersigned's request for continuance. Their responses are as follows:

1

      a)      Luis I. Guerra, Esq. (Counsel for Defendant, Michael Lozano) has <u>no objection</u> to a continuance being granted.

      b)      Ayana N. Harris, Esq. (Counsel for Defendant, Noel Baker Jarmaillo) has <u>no objection</u> to a continuance being granted.

      c)      Richard Douglas Docobo, Esq. (Counsel for Defendant, Liliana Valdez) has <u>no objection</u> to a continuance being granted.  Further, Attorney Docobo joins in this request for a continuance, as he has a trial scheduled for December 7th that is anticipated to go through December 14th.

      d)      Terence Michael Lenamon, Esq. (Counsel for Defendant Richard E. Wolfferts), <u>does object</u> to a continuance being granted in this cause.

      e)      A good faith effort was made to contact Faith Mesnekoff, Esq. on November 20, 2009, however Ms. Mesnekoff was unavailable to respond prior to the filing of this motion.

WHEREFORE Defendant, VICENTE CHAO, respectfully requests that this Court grant this Motion to Continue Trial, and continue the trial in this cause until the month of January, 2010.

DATED this __20th__ day of November, 2009.

                                      Respectfully submitted,

                                      s/ Manuel Vazquez  
                                    MANUEL VAZQUEZ, ESQ.  
                                    mvaz@mvazlaw.com  
                                    FL BAR NO 132826  
                                    Counsel for Defendant Vicente Chao  
                                    2655 LeJeune Road, Suite 502  
                                    Coral Gables, FL  33134  
                                    Tel. No. 305 445 2344  
                                    Fax. No. 305 445 4404

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and all parties were served through CM/ECF

s/ Manuel Vazquez
MANUEL VAZQUEZ, ESQ.
